**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

THE STEVENS FAMILY
LIMITED PARTNERSHIP,

      Plaintiff,

v.                                                                        Case No.: 3:08cv17/MCR/MD

PARADISE ISLAND
VENTURE, LLP,

      Defendant.
_____/

O R D E R

      Upon a review of the papers filed in the instant case and those filed in <u>The Stevens Family Limited Partnership v. Paradise Island Venture, LLP</u>, 3:08cv347/WS/MD, the court believes that these cases may present common questions of fact or law such that they should be consolidated under Federal Rule of Civil Procedure 42(a). The court requests that each party advise the court within ten (10) days of the entry of this order as to whether the case numbered 3:08cv347/WS/MD should be reassigned to the undersigned judge and the cases consolidated.[1]

      DONE AND ORDERED on this 18th day of September 2008.

                                              *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE**

---

[1] The case numbered 3:08cv347/WS/MD would be reassigned to the undersigned judge because the instant case was filed first.