Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

THE STEVENS FAMILY
LIMITED PARTNERSHIP,

    Plaintiff,

v.                              Case No.: 3:08cv17/MCR/MD

PARADISE ISLAND VENTURE, LLP,

    Defendant.
_____/

## ORDER

Upon review of the papers filed in this case and in *Stevens Family Limited Partnership v. Paradise Island Venture, LLP*, Case No. 3:08cv-347/WS/MD, and upon the request of both parties, the court has determined that these cases present common questions of fact or law. Accordingly, these cases are consolidated for all further proceedings, pursuant to Fed. R. Civ. P. 42(a)(2). All further pleadings and papers should be filed in Case No. 3:08cv17/MCR/MD only.

Accordingly, it is ORDERED:

1. The Clerk is directed to CONSOLIDATE Case No. 3:08cv-347/WS/MD with this case, Case No. 3:08cv17/MCR/MD.

2. All further pleadings and papers should be filed in Case No. 3:08cv17/MCR/MD only.

3. The Clerk shall file a copy of this order in Case No. 3:08cv347/WS/MD.

**DONE and ORDERED** on this 26th day of September 2008.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**