# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THE STEVENS FAMILY
LIMITED PARTNERSHIP,

       Plaintiff,

v.                              Case No. 3:08cv17/MCR/MD

PARADISE ISLAND VENTURES, LLP,

       Defendant
_____/

## ORDER SETTING TRIAL AND
## REFERRAL TO SETTLEMENT CONFERENCE

Upon review of the case docket and pursuant to the court's September 29, 2009, order on summary judgment, this matter is ready to proceed to trial. Additionally, it appears appropriate to the court for the parties to further explore resolution of the remaining claims.[1] Accordingly,

IT IS ORDERED:

1. Trial is hereby set for the two-week trial period commencing on Monday, **February 22, 2010**. Any party with a conflict during that trial period may file a notice to that effect within 14 days of the date of this order, and such notice will be given such consideration as may be appropriate.

2. By separate Order for Pretrial Conference, a deadline will be set for an attorney conference leading to the filing of a pretrial stipulation and related papers.

3. Any motion in limine or other pretrial motion shall be served sufficiently in advance of the pretrial conference to allow consideration of the motion at or prior to the pretrial conference.

---

[1] The parties entered into a court ordered mediation on August 12, 2008, which resulted in an impasse; however, the court recently entered rulings on the parties' summary judgment motions.

4.     This matter is hereby referred to the assigned U.S. Magistrate Judge for a settlement conference pursuant to 28 U.S.C. §636(b)(1)(A).

**SO ORDERED** this 1st day of October, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**