**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

THE STEVENS FAMILY
LIMITED PARTNERSHIP,

    Plaintiff,

v.                          Case No. 3:08cv17/MCR/MD

PARADISE ISLAND VENTURES, LLP,

    Defendant.
_____/

## ORDER STAYING THE CASE

    This cause comes before the court on defendant Paradise Island Ventures, LLP's Notice of Bankruptcy. (Doc. 93). Defendant has filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the District of Colorado, Case No. 09-31596. As a consequence of the bankruptcy petition, this case is automatically stayed. *See* 11 U.S.C.A. § 362(a)(1) (West 2003). The stay shall remain in effect until the bankruptcy case is disposed of by the bankruptcy court. *See* 11 U.S.C.A. § 362(c) (West 2003).

    Accordingly, it is hereby ORDERED:

    1.    As a consequence of defendant's bankruptcy petition, this case is automatically STAYED. The stay shall remain in effect until the bankruptcy case has been disposed of by the bankruptcy court.

    2.    Throughout the stay, the Clerk is directed to remove this case from the active docket of the court.

    **SO ORDERED** on this 29th day of October, 2009.

                                              *s/ M. Casey Rodgers*
                                             **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**